UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DORIS KNIGHTEN,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>               Defendant. | No.  CV-11-5078-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings, **ECF No. 21**. Thomas A. Bothwell represents plaintiff. Special Assistant United States Attorney M. Thayne Warner represents defendant. The parties have consented to proceed before a magistrate judge, ECF No. 7.

After considering the stipulated motion, ECF No. 21, **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

1. Upon remand from the Appeals Council, the Commissioner is directed to assign this case to an administrative law judge (ALJ) to offer the claimant the opportunity for a supplemental hearing.

2. The ALJ will take any further action needed to complete the administrative record.

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

Case 2:11-cv-05078-JPH   Document 22   Filed 07/13/12

3. The ALJ will issue a new decision on the issue of disability based on the record as a whole, including the claimant's testimony and other evidence presented at the supplemental hearing.

Because this remand is pursuant to sentence four with a remand to the Commissioner for further proceedings (*see Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412 (a), (d), upon proper request to this Court.

IT IS FURTHER ORDERED:

1. The parties' stipulated motion for an order of remand pursuant to sentence four, ECF No. 21, is **GRANTED.**

2. Judgment shall be entered for **PLAINTIFF.**

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, enter judgment, forward copies to counsel, and **CLOSE** the file.

**IT IS SO ORDERED**.

**DATED** this 13th day of July, 2012.

        *s/James P. Hutton*
        JAMES P. HUTTON
        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2