# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

DORIS E. KNIGHTEN,                     )
                                       )
            Plaintiff,                 )
                                       )          NO.  CV-11-5078-JPH
      vs.                              )
                                       )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,                     )          **CIVIL CASE**
Commissioner of Social Security,       )
                                       )
            Defendant.                 )
                                       )
_____)

**STIPULATION BY THE PARTIES:**

        The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

        **IT IS ORDERED AND ADJUDGED** that:

        The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

        DATED this 13th day of July, 2012.

                                       JAMES R. LARSEN
                                       District Court Executive/Clerk


                                       by:   s/Pamela A. Howard
                                                   Deputy Clerk

cc: all counsel